

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

2016 APR -7 PM 2:58

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALTER GUSTAFSON,<br>    Defendant. | Criminal No. 5:16-cr-49 |

## INDICTMENT

The Grand Jury charges as follows:

### COUNT ONE

In or about December 2015, in the District of Vermont, the defendant, WALTER GUSTAFSON, knowingly possessed videos, images, and other matter containing visual depictions that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, where the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct.

(18 U.S.C. §§ 2252(a)(4)(B))

A T~~RUE BILL~~ ▮▮▮

FO▮ ▮▮▮

ERIC S. MILLER
United States Attorney

Presented by:

*[signature]*

KUNAL PASRICHA
Assistant United States Attorney

Burlington, Vermont
April 7, 2016